IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | **SUPERSEDING INFORMATION** |
| -vs- | (Felony) |
| RICHARD LYNN ALRED,<br>             Defendant. | **Violation**:<br>18 U.S.C. § 2422(b) |

---

**COUNT I**

**The United States Attorney Charges**:

That between in or about December 2008 and January 2009, in the Western District of New York and elsewhere, the defendant, RICHARD LYNN ALRED, did use a facility and means in interstate commerce to knowingly persuade, induce and entice, and attempt to persuade, induce and entice, an individual who had not attained the age of 18 years to engage in sexual activity for which he could be charged with a criminal offense.

**All in violation of Title 18, United States Code, Section 2422(b).**

DATED: Rochester, New York, December 20, 2010.

                    WILLIAM J. HOCHUL, JR.
                    United States Attorney


            BY:  s/Marisa J. Miller
                 MARISA J. MILLER
                 Assistant United States Attorney
            FOR: TIFFANY H. LEE
                 Assistant United States Attorney
                 United States Attorney's Office
                 Western District of New York
                 620 Federal Building
                 100 State Street
                 Rochester, New York 14614
                 (585)263-6760
                 Tiffany.Lee@usdoj.gov