```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| -v- | :      10-CR-6254/DGL |
| | : |
| RICHARD LYNN ALRED, | : |
| Defendant. | : |
| ──────────────────────── | : |

## STATEMENT OF THE GOVERNMENT WITH RESPECT

## TO SENTENCING FACTORS

**PLEASE TAKE NOTICE**, that the government hereby adopts all findings of the Pre-sentence Report with respect to sentencing factors in this action.

The government will be filing a memorandum on sentencing under separate cover.

Should the defendant present any letters of support or sentencing statement to the Court, the United States will move to strike the items from the record if this office is not provided with copies at least three business days prior to sentencing.

The defendant is required by 18 U.S.C. § 3013 to pay the sum of $100.00.

Restitution for the full amount of the victims' compensable losses as determined by the Court must be ordered by the Court.

In the event present counsel for the defendant will continue to represent the defendant after sentencing in regard to the collection of unpaid financial obligation(s), it is requested that a letter so advising be sent to:

> Asset Forfeiture/Financial Litigation Unit
> U.S. Attorney's Office--WDNY
> 138 Delaware Avenue
> Buffalo, New York 14202

If a letter is not received within 10 days of sentencing, the defendant will be directly contacted regarding collection of the financial obligation(s).

Upon the ground that the defendant has assisted authorities in the investigation or prosecution of the defendant's own misconduct by timely notifying authorities of the defendant's intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the Court to allocate their resources efficiently, the government hereby moves the Court to apply the additional one

(1) level downward adjustment for acceptance of responsibility pursuant to U.S.S.G. § 3E1.1(b).

DATED: Rochester, New York
December 28, 2011

Respectfully submitted,

WILLIAM J. HOCHUL, JR.
United States Attorney
WESTERN DISTRICT OF NEW YORK

BY: s/Tiffany H. Lee
TIFFANY H. LEE
Assistant U.S. Attorney
United States Attorney's Office
100 State Street, Suite 500
Rochester, New York 14614
(585)263-6760
Tiffany.Lee@usdoj.gov

TO: Anne M. Burger, Esq.
United States Probation Department

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,           :
                                    :
        -v-                         :           10-CR-6254/DGL
                                    :
RICHARD LYNN ALRED,                 :
                                    :
            Defendant.              :
_____ :

CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2011, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the CM/ECF participant(s) on this case.

        Anne M. Burger, Esq.


                                            s/Patricia Reis
                                            Patricia Reis